**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: ADOPTION OF: G.F., A MINOR | : | No. 402 MAL 2017 |
| | : | |
| | : | |
| PETITION OF: P.F., FATHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN RE: ADOPTION OF: G.F., A MINOR | : | No. 403 MAL 2017 |
| | : | |
| | : | |
| | : | |
| PETITION OF:  P.F., FATHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.